UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　Case No. 1:06:CR:212

v.

        　　　　　　　　　　　　　　HON. GORDON J. QUIST

ERIC SANDRELL CRAIG,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.　　The Report and Recommendation of the Magistrate Judge filed November 17, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.　　Defendant Eric Sandrell Craig's plea of guilty to Count One of the Indictment is accepted.  Defendant Eric Sandrell Craig is adjudicated guilty.

3.　　Defendant Eric Sandrell Craig shall be detained pending sentencing.


Dated:  December 6, 2006　　　　　　　　　　　　　　　/s/ Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　　　　　　GORDON J. QUIST
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE